UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN W. ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>LOS ANGELES COUNTY,<br><br>  Defendant. | Case No.  14-cv-03702-JST (PR)<br><br>**ORDER GRANTING PLAINTIFF SECOND EXTENSION OF TIME TO FILE COMPLAINT ON FORM AND IFP APPLICATION** |

Plaintiff Glen W. Robinson commenced this action when he filed a letter with the Court on August 15, 2014.  On the same day the letter was filed, the Clerk of the Court directed plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed.  On September 23, 2014, the Court granted plaintiff an extension of time to October 21, 2014 to file his complaint on form and IFP application.  However, copies of orders sent to plaintiff were returned as undeliverable on October 15, 2014.  On November 3, 2014, plaintiff notified the Court that he had been transferred to North Kern State Prison.  For good cause, the Court will grant plaintiff one last extension of time to file a complaint on form and IFP application in accordance with the Court's September 23, 2014 order.

The Clerk is instructed to send plaintiff a copy of the September 23, 2014 order (Docket No. 10), along with a copy of the instant order.  Plaintiff must file a complaint on form and IFP application within **twenty-eight (28) days** from the date this order is filed.  If the complaint and IFP application are not filed within this time period, this action will be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  November 5, 2014

_____
JON S. TIGAR
United States District Judge