UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN W. ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY,<br><br>  Defendant. | Case No.  14-cv-03702-JST (PR)<br><br>**ORDER OF DISMISSAL** |

In a notice dated August 15, 2014, the Clerk of the Court directed plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent plaintiff a blank civil rights complaint form as well as a prisoner's IFP application. Following two extensions of time, plaintiff's complaint form and IFP application were due by December 3, 2014. To date, plaintiff has not filed the required documents.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 15, 2014

_____
JON S. TIGAR
United States District Judge